(108 So. 921)

Clarana ABATES v. Annie F TIMBES. (1 Div. 643.) (Court of Appeals of Alabama. April 8, 1926.) *Appeal from Circuit Court, Mobile County; J. W. Goldsby, Judge.*

PER CURIAM. Appeal dismissed for want of prosecution.

(106 So. 913)

Will ADAMS v. STATE. (5 Div. 584.) (Court of Appeals of Alabama. Nov. 24, 1925.) *Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Assault and battery.*

SAMFORD, J. Appeal dismissed.

(109 So. 923)

Jesse ADAMS v. STATE. (3 Div. 516.) (Court of Appeals of Alabama. Sept. 7, 1926.) *Appeal from Circuit Court, Autauga County; G. F. Smoot, Judge. Gipson & Booth, of Prattville, for appellant. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State.*

SAMFORD, J. Defendant was convicted of removing property upon which he had given a lien. The evidence presents a question for the jury, and, finding no error in the record, the judgment is affirmed.

(105 So. 922)

ALABAMA CO. v. Leoder ROBERTS. (7 Div. 178.) (Court of Appeals of Alabama. Nov. 3, 1925.) *Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. Bradley, Baldwin, All & White, of Birmingham, for appellant. Alto V. Lee, of Gadsden, for appellee.*

SAMFORD, J. Appeal dismissed on motion of appellant.

(106 So. 913)

Joe ALLEN v. STATE. (5 Div. 577.) (Court of Appeals of Alabama. Nov. 19, 1925.) *Appeal from Circuit Court, Tallapoosa County; N. D. Denson, Judge.*

PER CURIAM. Appeal abated on account of the death of appellant.

(106 So. 913)

Henry ALLEN v. STATE. (4 Div. 28.) (Court of Appeals of Alabama. Dec. 15, 1925.) *Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Assault. J. C. Fleming and J. N. Ham, both of Elba, for appellant. Harwell G. Davis, Atty. Gen., for the State.*

SAMFORD, J. The only insistence of error is the refusal of the court to give at the request of defendant the general charge. There was sufficient evidence upon which to submit the question to the jury, and, there being no error in the record, the judgment is affirmed. Affirmed.

(110 So. 917)

John ALLEN v. STATE. (7 Div. 223.) (Court of Appeals of Alabama. Nov. 23, 1926.) *Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge.*

RICE, J. Appeal dismissed.

(110 So. 917)

John ALLEN v. STATE. (7 Div. 224.) (Court of Appeals of Alabama. Nov. 23, 1926.) *Appeal from Circuit Court, Calhoun County; R. B. Carr, Judge.*

BRICKEN, P. J. Appeal dismissed.

(106 So. 913)

Ellis ALSUP v. STATE. (8 Div. 404.) (Court of Appeals of Alabama. Jan. 26, 1926.) *Appeal from Circuit Court, Limestone County; O. Kyle, Judge. Forgery.*

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(109 So. 923)

Charley ALVERSON v. STATE. (7 Div. 248.) (Court of Appeals of Alabama. Sept. 7, 1926.) *Appeal from Circuit Court, St. Clair County; O. A. Steele, Judge. Frank B. Embry, of Pell City, for appellant. Harwell G. Davis, Atty. Gen., for the State. Violation of Code § 5411.*

SAMFORD, J. The judgment in this case is erroneous, and is reversed and the cause is remanded on authority of Shepard v. State, 20 Ala. App. 627, 104 So. 674, and Wells v. State, 19 Ala. App. 403, 97 So. 681. Reversed and remanded.